# Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act

**U.S. Department of Homeland Security**

Office: **FT. FAIRFIELD, ME, USA**

SIGMA Event: 76619516
File No: A-236-477-882
Event Number : FTF2604000001

Statement by: ▓▓▓▓▓▓▓▓▓

In the case of: ▓▓▓▓▓▓▓▓▓

Date of Birth: **03/▓▓/1974**                    Sex (circle one):    Male  (Female)

At: **FT. FAIRFIELD (FTF)**                    Date: **04/08/2026**

Before: **GOSHORN, Bradley A - CBP OFFICER**
(Name and Title)                    *Digitally Acquired Signature*

In the **ENGLISH** _____ language. Interpreter _____ Employed by _____

I am an officer of the United States Department of Homeland Security. I am authorized to administer the immigration laws and to take sworn statements. I want to take your sworn statement regarding your application for admission to the United States.

You do not appear to be admissible or to have the required legal papers authorizing your admission to the United States. This may result in your being denied admission and immediately returned to your home country without a hearing. If a decision is made to refuse your admission into the United States, you may be immediately removed from this country, and if so, you may be barred from reentry for a period of 5 years or longer.

This may be your only opportunity to present information to me and the Department of Homeland Security to make a decision. It is very important that you tell me the truth. If you lie or give misinformation, you may be subject to criminal or civil penalties, or barred from receiving immigration benefits or relief now or in the future.

Until a decision is reached in your case, you will remain in the custody of the Department of Homeland Security.

Any statement you make may be used against you in this or any subsequent administrative proceeding.

```
Q. Do you understand what I have said to you?
A. Yes
Q. Are you comfortable conducting this interview in the English language?
A. Yes, but if I need clarification I will let you know.
Q. Are you willing to answer my questions at this time?
A. Yes.
Q. Do you swear that all the statements you are about to make will be the truth and
nothing but the truth?
A. Yes
Q. Are you on any medications that would prevent you from clearly understanding my
questions and answering them clearly?
A. No.
Q. Are you under the influence of alcohol or any narcotics that would prevent you
from clearly understanding my questions and answering them clearly?
A. No
Q. Do you understand that under Title 18, United States Code, Section 1001, it is a
felony criminal offense to provide false statements to a federal officer punishable
up to 5 years in prison and/or $250,000 fine and supervised release of...(CONTINUED
ON I-831)
```



EXHIBIT C

Page 1 of **5**                    ▓▓▓▓▓▓▓▓▓                    I-867A (02/11/25)

*Digitally Acquired Signature*

Department of Homeland Security

**Continuation Page for Form** I-867A

| Alien's Name | File Number A-236-477-882 | Date |
| --- | --- | --- |
| ▮▮▮▮▮ | SIGMA Event: 76619516 | April 8, 2026 |
| | Event No: FTF2604000001 | |

not more than 3 years?
A. Yes
Q. Do you understand that under Title 18, United States Code, Section 1621, it is a felony criminal offense to provide false statements while under oath and you may be fined under this title or imprisoned not more than five years, or both?
A. Yes.
Q. What is your complete name?
A. ▮▮▮▮▮
Q. Have you ever used any other names for legal or illegal reasons?
A. No
Q. Where were you born (city, country)?
A. Tehran, Iran
Q. What is your date of birth?
A. 03/▮▮/1974
Q. What country are you a citizen of?
A. Canada
Q. Any other Countries?
A. Iran
Q. Are you presently married?
A. Yes
Q. What is your spouse's name?
A. ▮▮▮▮▮
Q. What is your spouse's date of birth?
A. ▮▮▮▮/1973
Q. Where was your spouse born?
A. Tehran, Iran
Q. What is your spouse's citizenship?
A. Same, Canada and Iran
Q. Do you have any children?
A. Yes
Q. What is the citizenship of your children?
A. Canada and Iran
Q. Where do your children reside?
A. My daughter resides with us in Presque Isle Maine. My son resides in New Haven CT.
Q. What are your children's ages?
A. 22, and 12.
Q. What does your son that lives in CT do?
A. He is a master student.
Q. Is he married?
A. No.
Q. What is his status in the US?
A. Under F1 Visa.
Q. What does your Husband do for work?
A. He is a surgeon, ▮▮▮▮▮
Q. Where do you currently live?
A. Presque Isle Maine
Q. How long have you lived there?
A. 3 years, since January 2022.
Q. What do you do for work?
A. Family Physician, ▮▮▮▮▮
Q. What is your father's name?
A. ▮▮▮▮▮
...(CONTINUED ON NEXT PAGE)▮▮▮▮▮

| Signature | Title |
| --- | --- |
| ~signature~   GOSHORN, Bradley A | CBP OFFICER |

Digitally Acquired Signature

▮▮▮▮▮

Digitally Acquired Signature

2 of 5 Pages

artment of Homeland Security

**Continuation Page for Form** I-867A

| | |
|---|---|
| en's Name ▮▮▮ | File Number A-236-477-882   Date<br>SIGMA Event: 76619516<br>Event No: FTF2604000001   April 8, 2026 |

Q. What is your father's date of birth?
A. ▮▮▮/1948 Based on simple conversion from Farsi Calendar
Q. Where was your father born?
A. Gonabae, Iran    *Gonabad* . ▮▮▮
Q. What is your father's citizenship?
A. Iran
Q. Has your father ever resided in the United States?
A. No
Q. Does your father have any claims of being a citizen of the United States?
A. No
Q. What is your mother's name?
A. ▮▮▮
Q. What is your mother's date of birth?
A. ▮▮▮/1940
Q. Where was your mother born?
A. Gonabae, Iran  ▮▮▮
Q. What is your mother's citizenship?
A. Iran
Q. Has your mother ever resided in the United States?
A. No, My mom is also a permanent resident of Canada, but not citizen
Q. Does your mother have any claims of being a citizen of the United States?
A. No
Q. Are you or have you ever been a Legal Permanent Resident of the United States?
A. No.
Q. Have you ever been denied entry, removed or deported from the United States?
A. No
Q. Do you have any claim to United States citizenship?
A. Yes, we have applied for Permanent Resident.
Q. Have you ever applied for United States citizenship?
A. No
Q. Do you have any claim to North American Indian Status?
A. No
Q. Do you have any legal right that permits you to work or reside in the United States?
A. Yes, H1B Work Visa, to work with ▮▮▮
Q. What is the reason for your travel to the United States today?
A. I just crossed the border to re-enter to have my I-94 status updated. Since my H1B status was extended, I needed to update that status.
Q. Do you have a Social Security Number?
A. Yes, I do.
Q. How long was your contract extended for?
A. Until 2029.
Q. ▮▮▮ based on our inspection today you appear to be inadmissible to the United States pursuant to the Immigration and Nationality Act section 212 (a)(7)(A)(i)(I) as a immigrant without proper documentation. Do you understand?
A. No.
Q. Do you want to withdraw your application for admission and return abroad at this time?
A. Yes
Q. You are being allowed to withdraw your application for entry into the United States and return abroad. If you choose not to voluntarily withdraw, Customs and Border Protection will remove you by means of the expedited removal process, where you will not eligible to re-enter the United States for a period of 5 (20 years if appropriate) years, and is considered a formal Removal from the United States, do you understand?
A. ..(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| ~signature~<br>GOSHORN, Bradley A | CBP OFFICER |

tally Acquired Signature

▮▮▮

3 of 5 Pages

Continuation Page (Rev. 08/01/07)

Digitally Acquired Signature

Department of Homeland Security

Continuation Page for Form I-867A

| | File Number A-236-477-882 | Date |
|---|---|---|
| Person's Name | SIGMA Event: 76619516 | April 8, 2026 |
| | Event No: FTF2604000001 | |

A. Yes.
Q. Why did you leave your home country or country of last residence?
A. To work here
Q. Do you have any fear or concern about being returned to you home country or being removed from the United States?
A. Yes, of course,
Q. Would you be harmed if you returned to your home country of last residence?
A. I don't think so.
Q. Do you have any questions or is there anything you would like to add to this statement?
A. I think it's my right to know why I was found inadmissible.

| Signature | | Title |
|---|---|---|
| ~signature~   GOSHORN, Bradley A | | CBP OFFICER |

*Digitally Acquired Signature*

Form I-831 Continuation Page (Rev. 08/01/07)

*Digitally Acquired Signature*

4 of 5 Pages

**Acknowledgment by Individual in Custody**

I, the undersigned, acknowledge that I have been notified that:

1. The U.S. government designated the above groups as Foreign Terrorist Organizations (FTOs).
2. Providing any material support or resources to these organizations, as described above, after February 20, 2025, including but not limited to, payments to these organizations is a criminal offense under U.S. federal law.
3. A current list of designated FTOs is publicly available at the U.S. Department of State website. **https://www.state.gov/foreign-terrorist-organizations/**
4. This notification may be used as part of the evidentiary record in any future investigation or prosecution related to material support of terrorist organizations.

I confirm that I have received and understood this notification.

**Printed Name:** ███████████████████

**Signature:** _____

**Date/Time:** 04/08/2026 23:44 EDT

**Witnessing Agent Name/Signature:** _____

GOSHORN, Bradley A - CBP OFFICER

Page 2 of 2

# Notificación de Organizaciones Terroristas Extranjeras

De conformidad con la sección 219 de la Ley de Inmigración y Nacionalidad (8 U.S.C. § 1189), el 20 de febrero de 2025, el Secretario de Estado de los Estados Unidos designó a ciertas organizaciones de cárteles como Organizaciones Terroristas Extranjeras (FTO). Los grupos recientemente designados son:

- Tren de Aragua (también conocido como TdA, Tren Aragua)
- Mara Salvatrucha (también conocida como MS-13)
- Cártel de Sinaloa (también conocido como Cártel de Sinaloa, Federación Mexicana, Cártel de Guadalajara)
- Cártel de Jalisco Nueva Generación (también conocido como Cártel de la Nueva Generación de Jalisco, CJNG, Cártel de la Nueva Generación de Jalisco)
- Cárteles Unidos (también conocidos como Cárteles Unidos, Cártel de Tepalcatepec, El Cártel del Abuelo, Cártel de Los Reyes)
- Cártel del Noreste (también conocido como CDN, Cártel del Noreste, Los Zetas)
- Cártel del Golfo (también conocido como CDG, Cártel del Golfo, Organización Osiel Cárdenas-Guillen)
- La Nueva Familia Michoacana (también conocida como LNFM)

Según el artículo 2339B de 18 U.S.C., constituye un delito federal proporcionar, intentar proporcionar o conspirar a sabiendas para proporcionar apoyo material o recursos a una organización designada como FTO.

De conformidad con el artículo 2239A de 18 U.S.C., el **apoyo material o los recursos** incluyen lo siguiente, con la excepción de medicamentos y materiales religiosos:

- Cualquier propiedad, tangible o intangible, o servicio, incluidos moneda en efectivo, instrumentos monetarios o valores financieros
- Servicios financieros
- Alojamiento
- Entrenamiento
- Asesoramiento o asistencia de expertos
- Casas de resguardia
- Documentación o identificaciones falsas
- Equipos de comunicaciones
- Instalaciones
- Armas
- Sustancias letales
- Explosivos
- Personal (1 o más personas que pueden ser o incluirse a sí mismas)
- Transportación

Las personas que se descubra que han proporcionado o conspirado intencionalmente o a sabiendas para proporcionar apoyo material o recursos a las FTO pueden ser procesadas penalmente y sancionadas con penas importantes, como el encarcelamiento, la expulsión de los EE. UU., o ambas.

**Reconocimiento por parte de una persona bajo custodia**

Yo, el abajo firmante, reconozco que se me ha notificado que:

1. El gobierno de los Estados Unidos designó a los grupos anteriores como Organizaciones Terroristas Extranjeras (FTO).
2. Proporcionar cualquier apoyo material o recurso a estas organizaciones, tal como se describió anteriormente, después del 20 de febrero de 2025, incluidos, entre otros, los pagos aestas organizaciones es un delito penal según la ley federal de los EE. UU.
3. La lista actualizada de las FTO designadas está disponible públicamente en el sitio web del Departamento de Estado de los EE. UU. **https://www.state.gov/foreign-terrorist-organizations/**
4. Esta notificación puede usarse como parte del registro probatorio en cualquier investigación o enjuiciamiento futuro relacionado con el apoyo material a organizaciones terroristas.

Confirmo que he recibido y entendido esta notificación.

**Nombre impreso:** ███████████_____

**Firma:** _____

**Fecha/Hora:** 04/08/2026 23:44 EDT_____

**Nombre del oficial or agente testigo/Firma:** _____

GOSHORN, Bradley A - CBP OFFICER

SIGMA Event: 76619516

Event No: FTF2604000001

# Foreign Terrorist Organizations Notification

Pursuant to Section 219 of the Immigration and Nationality Act (8 U.S.C. § 1189), on February 20, 2025, the U.S. Secretary of State has designated certain cartel organizations as Foreign Terrorist Organizations (FTOs). The newly designated groups are:

- Tren de Aragua (also known as TdA, Aragua Train)
- Mara Salvatrucha (also known as MS-13)
- Cartel de Sinaloa (also known as Sinaloa Cartel, Mexican Federation, Guadalajara Cartel)
- Cartel de Jalisco Nueva Generacion (also known as New Generation Cartel of Jalisco, CJNG, Jalisco New Generation Cartel)
- Carteles Unidos (also known as United Cartels, Tepalcatepec Cartel, Cartel de Tepalcatepec, The Grandfather Cartel, Cartel de Abuelo, Cartel de Los Reyes)
- Cartel del Noreste (also known as CDN, Northeast Cartel, Los Zetas)
- Cartel del Golfo (also known as CDG, Gulf Cartel, Osiel Cardenas-Guillen Organization)
- La Nueva Familia Michoacana (also known as LNFM)

It is a federal crime under 18 U.S.C. § 2339B to knowingly provide, attempt to provide, or conspire to provide material support or resources to an organization designated as an FTO.

Pursuant to 18 U.S.C. § 2239A, **material support or resources** includes the following, with the exception of medicine and religious materials:

- Any property, tangible or intangible, or service, including currency or monetary instruments or financial securities
- Financial services
- Lodging
- Training
- Expert advice or assistance
- Safehouses
- False documentation or identifications
- Communications equipment
- Facilities
- Weapons
- Lethal substances
- Explosives
- Personnel (1 or more individuals who may be or include oneself)
- Transportation

Individuals found to have intentionally or knowingly provided or conspired to provide material support or resources to FTOs may face criminal prosecution and significant penalties, including imprisonment, removal from the US, or both.

FINS: 1117815167

Event No: FTF2604000001



## DEPARTMENT OF HOMELAND SECURITY
### U.S. Customs and Border Protection
## WITHDRAWAL OF APPLICATION FOR ADMISSION/CONSULAR NOTIFICATION

Basis for Action (Check all that apply):

SIGMA Event: 76619516    File No: ▮▮▮▮▮

Date: 04/08/2026

- ☒ Application for Admission Withdrawn
- ☐ Visa/BCC Canceled
- ☐ VWP Refusal
- ☐ Ordered removed (inadmissible) by immigration judge - Section 235(b)(2) (order attached)
- ☐ Ordered removed (inadmissible) by DHS - Section 235(b)(1) (order attached)
- ☐ Waiver revoked (212(d)(3)) (order attached)
- ☐ Departure required (8 CFR 240.25) (Form I-213 attached)

Notice to: American Consul Halifax, Nova Scotia, Canada    From: DHS FT. FAIRFIELD, ME
(Location)    (Location)

Name (Family, Given, Middle):
▮▮▮▮▮▮

| Citizenship: CANADA | Country of Birth: TEHRAN, IRAN | Date of Birth: 03/▮▮/1974 |
|---|---|---|

Complete Foreign Mailing Address (Street Address, City, Country):
▮▮▮▮▮
Presque Isle. MAINE. UNITED STATES OF AMERICA 04769

Complete U.S. Address (Street Address, City, State, Zip):
4 BOUNDARY LINE ROAD,
FORT FORTFAIRFIELD, MAINE, UNITED STATES OF AMERICA 04742

| Airline/Vessel of Arrival: | Port of Arrival: FT. FAIRFIELD, ME | Date of Arrival: 04/08/2026 |
|---|---|---|
| Visa Number/Type: None | Date/Place of Visa Issuance: None | Social Security Number: 030-37-▮▮▮▮ |

Reasons (Include all pertinent facts concerning denial of application for admission, including use of altered, counterfeit or fraudulent document):

WD in lieu of ER▮▮▮▮▮    DOB: 03/▮▮/1974 COC: Canada COB: Iran

BIOGRAPHICAL INFO:
HEIGHT: 5'02''
WEIGHT: 120 lbs
HAIR: Brown
EYES: Brown
RACE: White
STATED ORIGIN / RESIDENCE:
DESTINATION / REASON FOR ENTRY:
VEHICLE: ▮▮▮▮
MAKE: ▮▮▮▮
...(CONTINUED ON I-831)

(Continue on reverse or attach separate sheet, as needed)

| Officer's Name and Title: GOSHORN, Bradley A | | | Officer's Signature: |
|---|---|---|---|
| Last Name | First Name | M.I. | *Digitally Acquired Signature* |
| CBP OFFICER | | | |

| Supervisor's Name and Title: DOUGHTY, Christopher M | | | Supervisor's Signature: |
|---|---|---|---|
| Last Name | First Name | M.I. | |
| PORT DIRECTOR | | | |

CBP Form I-275 (7/22)    Page 1 of 2

**TO BE COMPLETED BY ALIEN WHEN APPLICATION FOR ADMISSION IS WITHDRAWN.**

I understand that my admissibility is questioned for the above reasons, which I have read or which have been read to me in the _____**ENGLISH**_____ language. I request that I be permitted to withdraw my application for admission and return abroad. I understand that my voluntary withdrawal of my application for admission is in lieu of a formal determination concerning my admissibility:

☒ by a CBP Officer

☐ in removal proceedings before an immigration judge.

04/08/2026
_____          _____
Date                                          Signature of Alien

*Digitally Acquired Signature*

---

## INSTRUCTIONS

Aliens who appear inadmissible pursuant to section 235(b)(2) of the INA who elect to withdraw application for admission may choose at any time to appear before an immigration judge for a hearing in removal proceedings. Aliens who appear inadmissible pursuant to section 235(b)(1) or inadmissible pursuant to 8 CFR 217.4 are not entitled to a hearing before an immigration judge.

If a visa is canceled pursuant to 22 CFR 41.122 or a Border Crossing Card is voided under authority of 22 CFR 41.32 or 8 CFR 212.6, forward a copy of CBP Form I-275 to consular post that issued the canceled or voided document.

When forwarding to consular post, attach:

- Any lifted document
- Relating Form I-213 or I-862 (Notice to Appear)
- Relating removal or waiver revocation order
- Any relating memorandum report or sworn statement

CBP Form I-275 (7/22)                                                            Page 2 of 2

**Notice of Refusal of Admission/Parole
into the United States**

U.S. Department of Homeland Security

TO:        Canada Border Services Agency
           Perth Andover
           _____
                        *Location*

FROM:      U.S. Department of Homeland Security
           U.S. Customs and Border Protection
           FORT FAIRFIELD, ME, POE
           _____
                        *Location*

SIGMA Event: 76619516

Event No: FTF2604000001

April 8, 2026 2:56 PM
           *Date and Time of Inspection*

GOSHORN, Bradley A
CBP OFFICER
           *Preparing Officer (Print)*        *Digitally Acquired Signature*

SUBJECT:   The alien(s) named below has (have) been:

           ☒ Entry denied, allowed to return foreign.

           ☐ Refused admission and paroled into the United States

| | Family Name (Capital Letters) | First Name | Initial | Date of Birth | Nationality |
|---|---|---|---|---|---|
| #1. | ███████ | ███████ | | 03/██/1974 | CANADA |
| #2. | | | | | |
| #3. | | | | | |
| #4. | | | | | |
| #5. | | | | | |

Form I-160A  (Rev. 08/01/07)