**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| BEHNOOSH DASHTI,<br><br>Plaintiff,<br><br>v.<br><br>DERRICK STAMPER, Chief Patrol Agent of the Houlton Sector, U.S. Border Patrol;<br>RODNEY SCOTT, Commissioner of U.S. Customs and Border Protection; and<br>MARKWAYNE MULLIN, Secretary of Homeland Security,<br><br>Defendants. | ) | No. 1:26-cv-00372-SDN |

**MOTION FOR 2-DAY**
**STAY OF PROCEEDINGS**

Plaintiff Behnoosh Dashti respectfully moves, with Defendants' consent, for a two-day stay of all proceedings and deadlines through and until August 24, 2026. The stay is requested to attempt to resolve need for injunctive relief.

Dated this 20th day of August, 2026.

*Attorneys for Plaintiff*

/s/ *James G. Monteleone*
Lucas L. Fortier
James G. Monteleone
BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029
(207) 774-1200
jmonteleone@bernsteinshur.com
lfortier@bernsteinshur.com

Jesse M. Bless
BLESS LITIGATION LLC
6 Vineyard Lane
Georgetown, MA 01833
jesse@blesslitigation.com