**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| BEHNOOSH DASHTI,<br><br>Plaintiff,<br><br>v.<br><br>DERRICK STAMPER, Chief Patrol Agent of the Houlton Sector, U.S. Border Patrol;<br>RODNEY SCOTT, Commissioner of U.S. Customs and Border Protection; and<br>MARKWAYNE MULLIN, Secretary of Homeland Security,<br><br>Defendants. | ) | No. 1:26-cv-00372-SDN |

**JOINT STIPULATION OF DISMISSAL**

The Parties, by and through their undersigned counsel of record, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) to dismissal of the above-captioned action with prejudice.

Dated this 24th day of August, 2026.

*Attorneys for Plaintiff*

/s/ James G. Monteleone
James G. Monteleone
Lucas L. Fortier

BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029
(207) 774-1200
jmonteleone@bernsteinshur.com
lfortier@bernsteinshur.com

Jesse M. Bless

BLESS LITIGATION LLC
6 Vineyard Lane
Georgetown, MA 01833
jesse@blesslitigation.com

*Attorneys for Defendants*

ANDREW B. BENSON
United States Attorney

/s/ Trevor Taniguchi_____________
Trevor Taniguchi
Assistant U.S. Attorney
100 Middle Street, 6th Floor
Portland, ME 04101
(207) 780-3257
Trevor.Taniguchi@usdoj.gov